No. 92–8587. IN RE VIGIL;
No. 92–8599. IN RE BENNY;

No. 92–8649. IN RE DAY; and

No. 92–8710. IN RE ANDERSON. Petitions for writs of mandamus denied.